[Wright v. The State.]

# Wright *v.* The State.

*Murder.*

(Decided April 9, 1908.   46 South. 229.)

*Criminal Law;. Appeal; Record; Setting Case for Trial; Presence of Defendant.*—On the trial of a capital offense the record must affirmatively show the personal presence of accused in court when the day for the trial of the cause is set, and a failure to do is reversible error.

Appeal from DeKalb Circuit Court.

Heard before Hon. W. W. HARALSON.

From a conviction of murder John Wright appeals. Reversed and remanded.

HOWARD & HUNT, for appellant.   Counsel discuss various questions presented by the record with citations of authority but do not discuss the point decided.

ALEXANDER M. GARBER, Attorney General, for the State.

DOWDELL, J.—The defendant was tried for a capital offense.   The record fails to affirmatively show that the defendant was personally present in court when a day was set for the trial of his case.   Under the former decisions of this court this is error, for which the judgment of conviction must be reversed.—*Spicer v. State,* 69 Ala. 159; *Sylvester v. State,* 71 Ala. 17; *Hames v. State,* 113 Ala. 674, 21 South. 341; *Bowen v. State,* 119 Ala. 7, 24 South. 551.   The error above pointed out is the only reversible error we find in the record, and for this the judgment of the circuit court is reversed, and the cause is remanded.

Reversed and remanded.

TYSON, C. J., and ANDERSON and McCLELLAN, JJ., concur.